UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTA WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA,<br><br>Respondent. | No. 2:19-cv-02128 WBS GGH P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 25, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 5. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 25, 2019, are adopted in full;

////

1

2. Petitioner's application for a writ of habeas corpus is dismissed for failure to exhaust state remedies.

Dated: November 27, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE